**92–570.** Orrville Products, Inc. v. MPI, Inc. *Cuyahoga County*, No. 59772.
WRIGHT, J., dissents.

**92–577.** Hines v. Aetna Cas. & Sur. Co. *Cuyahoga County*, No. 59600.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–584.** Cleveland v. Limbach. *Cuyahoga County*, No. 59722.
HOLMES, WRIGHT and H. BROWN, JJ., dissent.

**92–585.** Durbin v. Schober. *Butler County*, No. CA91–03–048.
DOUGLAS, J., dissents.

**92–590.** Croxford v. Litchfield. *Athens County*, No. 1491.
DOUGLAS, J., dissents.

**92–594.** Columbus Bd. of Edn. v. Franklin Cty. Bd. of Revision. *Franklin County*, Nos.
90AP–317 and 90AP–324.
RESNICK, J., dissents.

**92–595.** State v. Everson. *Summit County*, No. 15246.
DOUGLAS and RESNICK, JJ., dissent.

**92–599.** State v. Holloway. *Hamilton County*, No. C–900805.

**92–601.** Centerville v. Curran. *Montgomery County*, No. CA 13008.
MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**92–603.** Gholston v. Mihm. *Brown County*, No. CA91–07–012.
WRIGHT, J., dissents.

**92–607.** Fessenmeyer v. Celina Ins. Co. *Sandusky County*, No. S–90–22.
MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–615.** Akers v. Levitt. *Montgomery County*, No. 12471.

**92–616.** Kelly v. Reed. *Medina County*, No. 2008.
DOUGLAS, J., dissents.

**92–622.** Uihlein v. Lauch. *Hamilton County*, No. C–900907.
HOLMES, DOUGLAS and WRIGHT, JJ., dissent.

**92–623.** Clark v. Sed. *Portage County*, No. 91–P–2314.

**92–624.** In re Adoption of Darnall. *Hancock County*, No. 5–91–27.
MOYER, C.J., HOLMES and DOUGLAS, JJ., dissent.

**92–634.** State v. Darden. *Erie County*, E–90–70.
RESNICK, J., not participating.

**92–642.** E.S. Preston Assoc., Inc. v. Weimer. *Franklin County*, No. 91AP–557.
WRIGHT and RESNICK, JJ., dissent.

**92–643.** Sengsourichanh v. Hall. *Shelby County*, No. 17–91–24.

**92–646.** Snyder v. Snyder. *Cuyahoga County*, No. 59814.
HOLMES, J., dissents.

**92–649.** Coshocton v. Foreman. *Coshocton County*, No. 91–CA–26. On motion to consolidate
with 92–387, *Coshocton v. Forbes*, Coshocton County, Nos. 91–CA–11, 91–CA–12, 91–CA–15 and
91–CA–20. Motion denied; *sua sponte*, the motion to certify in 92–387 is overruled.

**92–650.** Butler Cty. Bd. of Mental Retardation & Developmental Disabilities v. State Emp.
Relations Bd. *Franklin County*, No. 91AP–802.
DOUGLAS, J., dissents.

**92–655.** Bullock v. Beacon Ins. Co. of Am. *Allen County*, No. 1–91–69.
HOLMES and WRIGHT, JJ., dissent.